**FILED**
JUN 24 2008
Clerk, U.S. District and
Bankruptcy Courts

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-1125**  **September Term 2007**

EPA-03/11/2008

Filed On:

Euclid of Virginia, Inc.,

    Petitioner

v.

Environmental Protection Agency,

    Respondent

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 18 2008

Case: 1:08-cv-01088
Assigned To : Robertson, James
Assign. Date : 6/24/2008
Description: Admn. Agency Review

**BEFORE:** Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

### ORDER

Upon consideration of the petition for review (which includes a request for a stay), and the unopposed motion to transfer the case to the district court, it is

**ORDERED** that the motion to transfer the case to district court be granted. See 28 U.S.C. §§ 1331, 1337; American Portland Cement Alliance v. EPA, 101 F.3d 772, 775 (D.C. Cir. 1996) (limiting jurisdiction in this court to only those actions specified in the Resource Conservation and Recovery Act's judicial review provision); Public Citizen v. F.T.C., 829 F.2d 149, 150 (D.C. Cir. 1987) (where statute is silent regarding judicial review of a particular type of agency action, those actions "may be reviewed, in the manner prescribed by the APA, 5 U.S.C. § 702, in a district court").

The Clerk is directed to send a certified copy of this order and the original files to the United States District Court for the District of Columbia.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

June 18, 2008

General Information
(202) 216-7000

Clerk
United States District Court for the
 District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   08-1125 Euclid of Virginia, Inc. v. EPA

Dear Clerk of Court:

Pursuant to the order of this court filed June 18, 2008, a certified copy of which is enclosed, we are transmitting the court's original file. The docketing fee has been paid.

Please acknowledge receipt of the file by signing and returning to this office the enclosed copy of this letter.

Sincerely yours,

BY:   /s/
Mary Anne McMain
Deputy Clerk

Receipt Acknowledged:

_____          _____
(Date)                          (Signature)

# General Docket
## United States Court of Appeals for DC Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 08-1125<br>Euclid of Virginia, Inc. v. EPA<br>**Appeal From:** Environmental Protection Agency<br>**Fee Status:** Fee Paid | **Docketed:** 03/20/2008<br>**Termed:** 06/18/2008 |

**Case Type Information:**
1) Petition for Review
2) Review
3) -

**Originating Court Information:**
District: EPA-1 : EPA-03/11/2008
Date Filed:

**Current Cases:**
None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| Euclid of Virginia, Inc.<br>    Petitioner | Thomas F. DeCaro, Jr.<br>[COR LD NTC Retained Atty]<br>Law Office of DeCaro & Howell, PC<br>Firm: 301-464-1400<br>14406 Old Mill Road<br>Suite 201<br>Upper Marlboro, MD 20772 |
| v. | |
| Environmental Protection Agency<br>    Respondent | |

---

Euclid of Virginia, Inc.,

    Petitioner

v.

Environmental Protection Agency,

    Respondent

---

| | |
|---|---|
| 03/20/2008 | PETITION FOR REVIEW CASE docketed. [08-1125] |
| 03/20/2008 | PETITION FOR REVIEW filed [1107022] by Euclid of Virginia, Inc. of decision |

| | |
|---|---|
| | of EPA. [Mail Service Date: 03/20/2008 ] Disclosure Statement: Not Attached; Certificate of Parties: Not Applicable to this Filing [08-1125] |
| 03/21/2008 | CLERK'S ORDER filed [1107107] directing party to file initial submissions: PETITIONER docketing statement due 04/21/2008. PETITIONER certificate as to parties, etc. due 04/21/2008. PETITIONER statement of issues due 04/21/2008. PETITIONER underlying decision due 04/21/2008. PETITIONER deferred appendix statement due 04/21/2008. PETITIONER procedural motions due 04/21/2008. PETITIONER dispositive motions due 05/05/2008; directing party to file initial submissions: RESPONDENT entry of appearance due 04/21/2008. RESPONDENT procedural motions due 04/21/2008. RESPONDENT certified index to record due 05/05/2008. RESPONDENT dispositive motions due 05/05/2008 [08-1125] |
| 04/21/2008 | DOCKETING STATEMENT FILED [1112500] by Euclid of Virginia, Inc. [Mail Service Date:04/21/2008 ] [08-1125] |
| 04/21/2008 | UNOPPOSED MOTION filed [1113250] by Euclid of Virginia, Inc. to extend time to file initial submissions to 04/24/2008. [08-1125] |
| 04/23/2008 | Modified Event from Filed to Lodged - CERTIFICATE as to Parties, Rulings and Related Cases LODGED [1114511] by Euclid of Virginia, Inc. [Service Date:04/22/2008 ] [08-1125]--[Edited 05/05/2008 by SMC] [08-1125] |
| 04/23/2008 | UNDERLYING DECISION IN CASE submitted [1114531] by Euclid of Virginia, Inc. [Service Date:04/22/2008 ] [08-1125] |
| 04/23/2008 | STATEMENT of Issues LODGED [1114532] by Euclid of Virginia, Inc. [Service Date:04/22/2008 ] [08-1125] |
| 04/23/2008 | STATEMENT of intent as to deferring the appendix LODGED [1114533] by Euclid of Virginia, Inc. [Service Date:04/22/2008 ] AppxDeferred [08-1125] |
| 04/23/2008 | MOTION lodged [1114534] by Euclid of Virginia, Inc. to transfer case to the United States District Court for the District of Columbia (Response to Motion served by mail due on 05/05/2008) [Service Date:04/22/2008 ] Copies: 5 (Motion/Petition); Pages: 1-10; Disclosure Statement: Not Attached; Certificate of Parties: Previously Filed [08-1125] |
| 06/16/2008 | CLERK'S ORDER filed [1121916] granting motion to extend time [1113250-2]; The Clerk is directed to file lodged certificate of parties, etc.[1114511-2]; underlying decision [1114531-2]; statement of issues[1114532-2]; statement regarding deferred appendix [1114533-2]; motion to transfer case [1114534-2] [08-1125] |
| 06/16/2008 | PER ABOVE ORDER lodged certificate [1114511-2] is filed [08-1125] |
| 06/16/2008 | PER ABOVE ORDER lodged record [1114531-2] is filed [08-1125] |
| 06/16/2008 | PER ABOVE ORDER lodged statement of issues [1114532-2], statement regarding appendix [1114533-2] is filed [08-1125] |
| 06/16/2008 | PER ABOVE ORDER lodged motion to transfer case [1114534-2] is filed [08-1125] |
| 06/18/2008 | PER CURIAM ORDER filed [1122152] granting motion to transfer case to USDC |

|  | DC [1114534-2] [Transfer Court:USDC for DC]; No mandate shall issue. Judge Sentelle, Garland and Griffith [08-1125] |
|---|---|
| 06/18/2008 | LETTER SENT [1122157] to transfer case [Transfer Court:USDC for DC]. Documents Sent: Clerk's File and certified copy of order transferring case [08-1125] |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Euclid of Virginia, Inc. | EPA |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | Case: 1:08-cv-01088<br>Assigned To : Robertson, James<br>Assign. Date : 6/24/2008<br>Description: Admn. Agency Review |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
- ☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☒ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☒ Transferred from another district (specify) *USCA-D.C.Circuit*    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES    ☐ NO    If yes, please complete related case form.

DATE 6/24/08    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUCLID OF VIRGINIA, INC.<br><br>Plaintiff(s),<br><br>vs.<br><br>ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant(s). | Civil Action No. 08-1088 (JR) |

## NOTICE REGARDING EXHIBITS

The original file was filed in paper form and is available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk