**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EUCLID OF VIRGINIA, INC.,                :
                                         :
    Petitioner,                          :
                                         :
v.                                       : Civil Action No. 08-1088 (JR)
                                         :
ENVIRONMENTAL PROTECTION AGENCY,         :
                                         :
    Respondent.                          :

## ORDER

Now that this case has been transferred from the Court of Appeals, petitioner is directed to effect service upon respondent EPA in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. It is **SO ORDERED.**


                                                          JAMES ROBERTSON
                                        United States District Judge